UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES E. FRANKLIN, SR,<br><br>  Plaintiff,<br><br>  v.<br><br>HEIDI L. STEINMEYER and MAACO COLLISION REPAIR AND AUTO PAINTING,<br><br>  Defendants. | Case No. 14-cv-900-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: September 4, 2014**        JUSTINE FLANAGAN, Acting Clerk of Court


                                    **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**